**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Case No. 3:18-cv-00616-D |
| | § | |
| PAUL SCHORN, | § | |
| | § | |
| *Defendant*. | § | |

___

**ORDER ON DEFENDANT'S UNOPPOSED MOTION**
**TO EXTEND TIME TO ANSWER OR OTHERWISE**
**RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
___

There came on to be heard Defendant's Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint ("**Motion**"). After a review of the Motion, the Court **GRANTS** the motion. Plaintiff's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint is July 25, 2018.

It is so ORDERED.

June 20, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE